UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY TOWING, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALESKA N. JACKSON, et al.,<br><br>    Defendants. | Case No. 15-cv-01756-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 56)** |

Based on the parties' joint case management statement,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ............................................................................September 15, 2016

Dispositive Motions Filing Deadline ............................................................ October 20, 2016

Dispositive Motions Hearing ................................................November 29, 2016 at 10:00 AM

Initial Expert Disclosures and Reports..............................................................January 19, 2017

Rebuttal Expert Disclosures and Reports......................................................February 16, 2017

Expert Discovery Cut-Off ...................................................................................April 13, 2017

Pre-Trial Conference ...................................................................... June 13, 2017 at 10:00 AM

Jury Trial ..............................................................................................July 10, 2017 at 9:30 AM

---

[1] *See* Docket No. 56.

Case No. 15-cv-01756-PSG
CASE SCHEDULING ORDER

1

1  **SO ORDERED.**

2  Dated: March 25, 2016

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge