JESSICA TARAN (STATE BAR #224025)
VAKSMAN LAW OFFICES, P.C.
875 Mahler Road, Suite 251
Burlingame, CA 94010
Telephone:  (877) 744-4774
Facsimile:  (877) 888-3799
Email:  jessica@vaksmanlaw.com

*Attorney for Plaintiffs*
*Quality Towing, Inc. and Victor Vargas,*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR VARGAS, and QUALITY TOWING, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM L. PERLSTEIN, VALESKA N. JACKSON, and DOES 1 THROUGH 10,<br><br>Defendants. | Case No.:   CV 15-1756-LB<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii), AND ~~PROPOSED~~ ORDER<br><br>Judge:  Hon. Laurel Beeler<br><br>Action filed: Apr. 20, 2015 |

    IT IS HEREBY STIUPLATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by plaintiffs Victor Vargas and Quality Towing, Inc., on the one hand, and defendants William L. Perlstein and Valeska N. Jackson, on the other hand, through their respective counsel, that the above-referenced action is dismissed with prejudice in its entirety, with each party to bear their own respective attorneys' fees and costs.

Dated:  June 24, 2016               Respectfully submitted,

                                    VAKSMAN LAW OFFICES, P.C.


                                    /s/ Jessica Taran
                                    JESSICA TARAN, ESQ.
                                    *Attorneys for Plaintiffs Quality Towing, Inc.,
                                    and Victor Vargas*


Dated:  June 24, 2016               Respectfully submitted,

                                    KAMALA D. HARRIS
                                    Attorney General of California
                                    JOHN P. DEVINE
                                    Supervising Deputy Attorney General


                                    /s/ Amy Lo
                                    AMY W. LO, ESQ.
                                    Deputy Attorney General
                                    *Attorneys for Defendants William L.
                                    Perlstein and Valeska N. Jackson*


## **FILER'S ATTESTATION**

   Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, JESSICA TARAN, attest that concurrence in the filing of this document has been obtained.

   Dated: June 24, 2016                /s/ Jessica Taran

STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER
CV 15-1756-LB

1 | The Court having considered the stipulation of the parties, and good cause appearing
2 | therefor, orders as follows:
3 |     1.    The action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P.
4 | Rule 41(a)(1)(A)(ii).
5 |     2.    Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 27, 2016

_____
Honorable Laurel Beeler
United States Magistrate Judge
Northern District of California